**IN THE UNITED STATES BANKRUPTCY COURT, THE DISTRICT OF COLUMBIA**

In re:

|  |  |  |
|---|---|---|
|  | } |  |
| Alexander X Pe | } | Bankruptcy Case No. # 21-00080-ELG |
|     Defendant-Debtor | | Chapter 7 |
| v. | } | |
| Pravati SPV II, LLC | | Adv. Proceeding No. # 21-10018-ELG |
|     Plaintiff-Creditor | } | Before The Honorable Elizabeth L. Gunn |

NOTICE OF ENTRY OF APPEARANCE FOR ADVERSARIAL PROCEEDING

Respectfully Submitted,

James Hobi

Attorney for Defendant-Debtor
U.S. Bankruptcy Court of The District of Columbia
Bar ID # DE0003

I, James Hobi, certify mailing by stamp mail to Plaintiff Counsel:
James K. Haney
Wong-Fleming Law
1200 G Street, NW Ste 800
Washington DC 20005

_____**/S/ James Hobi, Attorney for Defendant-Debtor**_____